UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No.  6:16-bk-04897-CCJ
Chapter  13

BARBARA FERNANDEZ

    Debtor.
_____/

## NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held on **Tuesday, September 27, 2016, at 2:00 p.m.**, in Courtroom # 6D, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, Florida, 32801, to consider and act upon the following and transact such other business that may come before the court:

**Motion to Dismiss Case with 180-Day Injunction (Doc. No. 19).**

The hearing may be continued upon announcement made in open Court without further notice.

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding Judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

**\*\*\* NOTICE REGARDING EXHIBITS FOR EVIDENTIARY HEARINGS \*\*\***

In accordance with Local Rule 9070-1, all exhibits must be pre-marked. A list of exhibits must also be filed, listing pertinent information in the manner described in subsection (d) of this rule.

All parties intending to file exhibits are hereby notified that if such exhibits and discovery materials are not removed within **thirty (30) days** after an order or judgment concluding this matter has been entered, including the entry of an order determining any post-judgment motions, provided that no appeal is pending or has been taken, the Clerk will destroy exhibits without further notice. Parties should contact the Clerk to make arrangements to reclaim exhibits during the 30-day limit set herein.

Dated September 1, 2016.

/s/ C. Andrew Roy
C. ANDREW ROY
Florida Bar No. 91629
aroy@whww.com
**WINDERWEEDLE, HAINES, WARD
 & WOODMAN, P.A.**
Post Office Box 1391
Orlando, FL 32802-1391
(407) 423-4246
(407) 423-7014 (facsimile)
Attorneys for Turnberry Reserve Homeowners Association, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2016, a true and correct copy of the foregoing has been furnished via:

**CM/ECF to:**

U.S. Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801
Trustee, Laurie Weatherford, Post Office Box 3450 Winter Park, FL  32790

**U.S. Mail to:**

Barbara Fernandez, 4002 Sunny Day Way, Kissimmee, FL 34744
All creditors and parties of interest listed on the mailing matrix attached hereto

/s/ C. Andrew Roy
C. ANDREW ROY

```
Label Matrix for local noticing         Barbara Fernandez                       Nationstar Mortgage LLC
113A-6                                  4002 Sunny Day Way                      c/o Anila Rasul, Esq.
Case 6:16-bk-04897-CCJ                  Kissimmee, FL 34744-9151                Robertson, Anschutz & Schneid, P.L.
Middle District of Florida                                                      6409 Congress Ave, Suite 100
Orlando                                                                         Boca Raton, FL 33487-2853
Thu Sep  1 09:27:29 EDT 2016

Turnberry Reserve Homeowners Association, In   Florida Department of Revenue    Internal Revenue Service
c/o C. Andrew Roy                       Bankruptcy Unit                         Post Office Box 7346
P. O. Box 1391                          Post Office Box 6668                    Philadelphia PA 19101-7346
Orlando, FL 32802-1391                  Tallahassee FL 32314-6668


Nationstar Mortgage LLC                 Osceola County Tax Collector            SunTrust Bank
ROBERTSON, ANSCHUTZ & SCHNEID, P.L.     Attn:  Patsy Heffner                    Attn: Support Services
BANKRUPTCY DEPARTMENT                   Post Office Box 422105                  P.O. Box 85092
6409 CONGRESS AVE., SUITE 100           Kissimmee FL 34742-2105                 Richmond, VA 23286-0001
BOCA RATON, FL 33487-2853


Laurie K Weatherford +                  United States Trustee - ORL7/13 7+      C. Andrew Roy +
Post Office Box 3450                    Office of the United States Trustee     Winderweedle, Haines, Ward & Woodman, PA
Winter Park, FL 32790-3450              George C Young Federal Building         PO Box 1391
                                        400 West Washington Street, Suite 1100  Orlando, FL 32802-1391
                                        Orlando, FL 32801-2210


Melbalynn Fisher +                      Note: Entries with a '+' at the end of the
Robertson, Anschutz & Schneid, P.L.     name have an email address on file in CMECF
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Cynthia C. Jackson +                 End of Label Matrix
Orlando                                 Mailable recipients    13
                                        Bypassed recipients     1
                                        Total                  14
```